UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEBASTIAN ALBERTO VARGAS-OLEA,

Petitioner,

v.

WARDEN GOLDEN STATE ANNEX , et al.,

Respondents.

No.  1:26-cv-1254 DJC CSK

FINDINGS & RECOMMENDATIONS

Petitioner is an immigration detainee, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  For the following reasons, this Court recommends that this action be dismissed as moot.

On February 12, 2026, petitioner filed a petition for writ of habeas corpus claiming an immigration judge had ordered petitioner's release on $2,500 bond, but that petitioner had not been released from Department of Homeland Security ("DHS") custody despite petitioner's family attempting to post bond.  (ECF No. 1.)  On February 25, 2026, respondents informed the court that on February 25, 2026, petitioner was processed for release from the Golden State Annex and sent to the Fresno U.S. Immigrations and Custom Enforcement ("ICE") Office to effectuate release from detention.  (ECF No. 18.)

On March 3, 2026, 2026, the Court issued an order to show cause to petitioner why this action should not be dismissed as moot given petitioner's release from detention.  (ECF No. 19.)

1

Petitioner's response was due by the close of business Monday March 9, 2026.  (Id.)  Petitioner did not respond to the order to show cause.  (See Docket.)

"For a habeas petition to continue to present a live controversy after the petitioner's release or deportation, however, there must be some remaining 'collateral consequence' that may be redressed by success on the petition."  Abdala v. I.N.S., 488 F.3d 1061, 1064 (9th Cir. 2007) (quoting Spencer v. Kemna, 523 U.S. 1, 7 (1998)).  In his habeas petition, petitioner challenged his detention.  (ECF No. 1.)  Petitioner was released on or about February 25, 2026 (ECF No. 18), and there has been no remaining collateral consequence identified.  Therefore, the habeas petition no longer presents a live controversy and should be dismissed as moot.  See Abdala, 488 F.3d at 1064.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed as moot; and

2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **seven** days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within **seven** days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 12, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Olea1254.dis/2

2