UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEBASTIAN ALBERTO VARGAS-OLEA
(A-099-503-287),

          Petitioner,

    v.

WARDEN GOLDEN STATE ANNEX, et al.,

          Respondent.

No.  1:26-cv-1254 DJC CSK

ORDER

Petitioner Sebastian Alberto Vargas-Olea (A-099-503-287), a noncitizen proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2026, the Magistrate Judge filed findings and recommendations herein which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.[1]

The Court presumes that any findings of fact are correct.  *See Orand v. United*

---

[1]  On March 19, 2026, petitioner filed a notice stating that he does not oppose the dismissal of this action as moot.  (ECF No. 21.)

1

*States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 20) are adopted in full.

2.  This action is dismissed as moot.

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**April 17, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Olea1254.jo.imm

2